1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-03215-GPC |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| JENNIFER JOVITA CIFUENTES, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment at to Defendant 2, Jennifer Jovita Cifuentes, is hereby GRANTED. The Indictment is DISMISSED without prejudice as to Jennifer Jovita Cifuentes.

**IT IS SO ORDERED.**

Dated:  December 8, 2021

Hon. Gonzalo P. Curiel
United States District Judge